IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASH REGISTER, | No. CIV S-08-1202-FCD-CMK-P |
|     Petitioner, | |
|  vs. | ORDER |
| CLAUDE E. FINN, | |
|     Respondent. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the denial of parole. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 2). Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

       The court has examined the petition as required by Rule 4 of the Federal Rules Governing Section 2254 Cases. It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief. See id. However, in light of the complexity of the legal and factual issues involved in this case, the court sua sponte determines that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also

1

Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Appointed counsel should contact the Clerk's Office to obtain a copy of the court's file.  Counsel will be provided an opportunity to review the petition filed by petitioner and make the determination whether to file an amended petition or stand on the existing petition.

Once petitioner's counsel has made the election, respondent will be directed to file a response to petitioner's petition.   If respondent answers the petition, such answer must comply with Rule 5 of the Federal Rules Governing Section 2254 Cases.  Specifically, an answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issue(s) presented in the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to proceed in forma pauperis (Doc. 2) is granted;

2. The court sua sponte appoints the Federal Defender to represent petitioner;

3. The Clerk of the Court is directed to serve a copy of petitioner's habeas corpus petition (Doc. 1) and a copy of this order on Carolyn Wiggin, Assistant Federal Defender;

4. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of other documents in the file;

5. Within 60 days of the date of this order, petitioner (through counsel) may file an amended petition or a notice that he will stand on the existing petition;

6. Respondent is directed to file a response to petitioner's petition, or amended petition if filed, within 60 days from the date of service of his amended petition or notice;

7. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

/ / /

8. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 18, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE