DANIEL J. BRODERICK, Bar #89424
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
KASH REGISTER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KASH REGISTER, | ) |
| | ) No. CIV S-08-1202 FCD CMK P |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| CLAUDE E. FINN, | ) |
| | ) |
| Respondent. | ) |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that STEVEN CHARLES SANDERS shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: September 16, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE