IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KASH REGISTER,** | 2:08-cv-01202 FCD CMK |
| Petitioner, | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO RESPOND TO PETITION** |
| v. | |
| **CLAUDE E. FINN,** | |
| Respondent. | |

FOR GOOD CAUSE SHOWN, Respondent is granted a 45-day extension of time, to and including March 13, 2009, within which to file a response to the Petition.

DATED: February 5, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order

1